# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| TRACY JAY, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>AMERICAN ADDICTION CENTERS, INC.<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-01232 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN ADDICTION CENTERS, INC
SERVE: CT CORPORATION
300 Montvue Road
Knoxville, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gwells@stranchlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/31/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* American Addiction Centers, Inc.
was received by me on *(date)* September 3, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation , who is designated by law to accept service of process on behalf of *(name of organization)* American Addiction Centers, Inc on *(date)* August 31, 2026; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/4/2026

[signature]
*Server's signature*

Alan M. Cohen, Paralegal
*Printed name and title*

Stranch, Jennings & Garvey PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc:

Anytime, Anywhere

automated notifications on your packages

Remov

Tracking Number:

**9589071052703779255258**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 10:15 am on September 3, 2026 in KNOXVILLE, TN 37919.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

KNOXVILLE, TN 37919
September 3, 2026 10:15 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?